### BEMISH & MEYER V. L. & N. R. R. CO.
(Decided Feb. 11, 1909.)

APPEAL from Selma City Court.

Heard before Hon. J. W. MABRY.

A. D. PITTS, for appellant.  MALLORY & MALLORY, for appellee.

Per curiam.  Appeal dismissed by appellant.

### CALDWELL V. THE STATE.
*Habeas Corpus.*
(Decided Jan. 18, 1909.)

APPEAL from Perry Probate Court.

Heard before Hon. J. B. SHIVERS.

W. F. HOGUE, for appellant.  ALEXANDER M. GARBER, Attorney General, for the State.

DOWDELL, J.—It is ordered that the petitioner be allowed bail.  And the cause is accordingly reversed, rendered and remanded.

HARALSON, SIMPSON and DENSON, JJ., concur.

### DRISCOLL V. THE STATE.
*Carrying Concealed Weapons.*
(Decided April 15, 1909.)

APPEAL from Macon County Court.

Heard before Hon. M. B. ABERCROMBIE.

O. S. LEWIS, for appellant.  ALEXANDER M. GARBER, Attorney General, for the State.

Per curiam.  Errors confessed and defendant discharged.